**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Victor ECHEAGARAY–LEON,
Defendant—Appellant.**

**No. 05–10188.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 16, 2006.

Claire Kiehl Lefkowitz, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Francisco Leon, Esq., Tucson, AZ, for Defendant–Appellant.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM **

Victor Echeagaray–Leon appeals from his guilty-plea conviction and 42–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Echeagaray–Leon has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Echeagaray–Leon has filed a pro se supplemental brief.

Our examination of the brief and independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

courts of this circuit except as provided by 9th Cir. R. 36–3.

